**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEFER OJEDA-ELENES ) <br> MARIANO PEREZ ) <br> ) <br> Defendants. ) | **RECEIVED** <br> By Lauren Patterson, U.S. Marshals Service, S/IL at 1:01 pm, Jun 22, 2023 <br><br> CRIMINAL NO. 23-30072-SPM <br><br> Title 18, United States Code, Section 2 <br> Title 21, United States Code, Section 841 <br> Title 21, United States Code, Section 846 <br> **FILED** <br> JUN 21 2023 <br> CLERK, U.S. DISTRICT COURT <br> SOUTHERN DISTRICT OF ILLINOIS <br> EAST ST. LOUIS OFFICE |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE: FENTANYL**

Beginning on or about March 1, 2020, and continuing until on or about May 31, 2020, in Madison County, within the Southern District of Illinois, and elsewhere,

**NEFER OJEDA-ELENES and MARIANO PEREZ,**

defendants herein, did conspire and agree together and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as "fentanyl," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

It is further alleged that the total amount of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as "fentanyl," involved in the conspiracy, which was reasonably foreseeable to **NEFER OJEDA-ELENES and MARIANO PEREZ** was 400 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(vi).

## COUNT 2
### DISTRIBUTION OF CONTROLLED SUBSTANCE: FENTANYL

On or about April 25, 2020, in Madison County, within the Southern District of Illinois,

**NEFER OJEDA-ELENES,**

aided and abetted by

**MARIANO PEREZ,**

defendants herein, did knowingly and intentionally distribute a controlled substance, to wit: 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as "fentanyl," a Schedule II Controlled Substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

A TRUE BILL

DANIEL S. CARRAWAY
Assistant United States Attorney

RACHELLE AUD CROWE
United States Attorney

Recommended Bond: DETENTION